UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL McQUEEN,

        Plaintiff,

  vs                9:08-CV-799

COUNTY OF ALBANY; THOMAS WIGGER,
Superintendent, Albany County Correctional
Facility; and CORRECTIONAL MEDICAL SERVICES,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:        OF COUNSEL:

MICHAEL McQUEEN
Plaintiff, Pro Se
08-A-1494
Green Haven Correctional Facility
PO Box 4000
Stormville, NY 12582

NAPIERSKI, VANDENBURGH
 & NAPIERSKI, L.L.P.      SHAWN F. BROUSSEAU, ESQ.
Attorneys for Defendants County of Albany
 and Thomas Wigger
296 Washington Avenue Extension
Albany, NY 12203

THUILLEZ, FORD, GOLD, BUTLER
 & YOUNG, L.L.P.       KELLY MONROE, ESQ.
Attorneys for Correctional Medical Services
6th Floor
20 Corporate Woods Boulevard
Albany, NY 12211-1715

DAVID N. HURD
United States District Judge

**DECISION and ORDER**

Plaintiff, Michael McQueen, brought this civil rights action in July 2008, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated December 22, 2009, the Honorable David E. Peebles, United States Magistrate Judge, recommended that defendants' motions for summary judgment (Docket Nos. 19 and 22) be granted in relevant part, and that all of plaintiff's claims against defendants be dismissed, with prejudice with respect to plaintiff's federal claims, but without prejudice to his right to assert any pendent state law claims in an appropriate state court. The plaintiff has filed objections to the Report-Recommendation. Defendants County of Albany and Thomas Wigger have filed a response to the plaintiff's objections to the Report/Recommendation claiming, among other things, that the objections were filed untimely. Defendant Correctional Medical Services has filed a response to the plaintiff's objections to the Report/Recommendation also claiming, among other things, that the objections were filed untimely.

Based upon a de novo review of the portions of the Report-Recommendation to which the plaintiff has objected and to which the defendants have filed responses, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motions for summary judgment (Docket Nos. 19 and 22) are GRANTED, in relevant part;

2. All of plaintiff's claims against defendants are DISMISSED, with prejudice with respect to his federal claims, but without prejudice to his right to assert any pendent state law claims in an appropriate state court;

      3.  The Clerk is directed to file judgment accordingly and close the file.

  IT IS SO ORDERED.

Dated:   January 28, 2010
           Utica, New York.

_____
United States District Judge